IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JUAN SANDOVAL, an individual; ALFONSO MAGAÑA, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID M. LANIER, in his individual and official capacity as Secretary of the California Labor and Workforce Development Agency; CHRISTINE BAKER, in her individual and official capacity as the Director of the Department of Industrial Relation; JULIE S. SU, in her individual and official capacity as the California Labor Commissioner; and DOES 1-20,<br><br>Defendants. | 5:16-cv-02309-JGB-SP<br><br>**JUDGMENT OF DISMISSAL** |

| 1 | The Motion to Dismiss filed in this action by Defendants David M. Lanier, |
| 2 | Christine Baker, and Julie Su against the First Amended Complaint of Plaintiffs |
| 3 | Juan Sandoval and Alfonso Magaña came before this Court for decision, the Court |
| 4 | having taken the matter under submission. |
| 5 | Having considered all moving and opposing papers, and the arguments |
| 6 | contained therein, the Court has granted the Motion to Dismiss for the reasons set |
| 7 | forth in the Court's August 9, 2017 order (Dkt. No. 35). |
| 8 | Accordingly, IT IS ADJUDGED, ORDERED AND DECREED that: |
| 9 | **The First Amended Complaint** of Plaintiffs Juan Sandoval and Alfonso |
| 10 | Magaña **is hereby DISMISSED.** |

Dated: August 28, 2017

Honorable Jesus G. Bernal
United States District Judge